EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| Ex parte:<br><br><br>Aprobación de Cambio de Estatus Inactivo de octubre y noviembre de 2023 | 2023 TSPR 147<br><br>213 DPR ___ |

Número del Caso:  EM-2023-0014


Fecha:  20 de diciembre de 2023


Materia:  Aprobación de Cambio de Estatus Inactivo de octubre y noviembre de 2023.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

Ex parte:

Aprobación de Cambio de
Estatus Inactivo de        EM-2023-0014
octubre y noviembre de 2023

RESOLUCIÓN

En San Juan, Puerto Rico, a 20 de diciembre de 2023.

Durante el periodo de octubre y noviembre de 2023, este Tribunal autorizó el cambio a estatus como Abogado(a) Inactivo(a) a los(as) abogados(as) siguientes:

**octubre 2023**

| | |
|---|---|
| Concepción González, José | 3,667 |
| Santiago Rivera, Modesto | 5,208 |
| MacLean Morales, Carmen M. | 5,319 |
| Mangual Veléz, Damaris B. | 5,695 |
| Valcárcel Ríos, Cándido | 6,015 |
| Ramirez Lavandero, María | 6,223 |
| Ferrer Rodríguez, Maricarmen | 7,221 |
| Diaz Rodríguez, Jose R | 7,704 |
| Beauchamp De Jesus, Blanca | 7,738 |
| Gari Perez, Blanca | 8,786 |
| Vázquez Rodríguez, Anabelle | 8,894 |
| Rivera González, Esther M. | 12,280 |
| Ufret Vincenty, María Del Pilar | 14,283 |
| Laborde Freyre, Luis J. | 14,937 |

Vivaldi Candal, Michelle Cristina          20,969

Gavilanes Méndez, Felipe Eduardo          21,100

**noviembre 2023**

Quiñones Artau, Federico                    7,189

Landrón Sandín, Ángel M.                    8,143

Machado Ortiz, Richard                     13,405

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo